Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14−24721−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Klaus Schmeil
   30 Liberty HIll Lane
   Lake Placid, NY 12946

Social Security No.:
   xxx−xx−1565

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 7, 2016.

On 1/18/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:           March 1, 2017
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 19, 2017
JAN: vpm

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 14-24721-CMG
Klaus Schmeil                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin              Page 1 of 2              Date Rcvd: Jan 19, 2017
                       Form ID: 185              Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2017.

```
db          +Klaus Schmeil,    30 Liberty HIll Lane,    Lake Placid, NY 12946-3703
cr          +BANK OF AMERICA, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
              Mt. Laurel, NJ 08054-3437
r           +Century 21 Abrams Hutchinson Associates,    64 Princeton Heightstown Road,
              Princeton Junction, NJ 08550-1103
r           +Coldwell Banker,    50 Princeton-Hightstown Road,    Princeton Junction, NJ 08550-1107
515043996    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
514924757   +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
514924758   +Bank of America Legal Processing,    DE5-024-02-08,    PO 15047,    Wilmington, DE 19850-5047
515052684   +Bank of America, N.A.,    Bankruptcy Department,    P.O. Box 26012, NC4-105-02-99,
              Greensboro, NC 27420-6012
515122148   +Bank of America, N.A.,    Attn: Bankrutpcy Dept.,    Mail Stop CA6-919-01-23,    400 National Way,
              Simi Valley, CA 93065-6414
515031854   +Bank of America, NA,    PO Box 15222,    Wilmington, DE 19886-5222
515123213   +Bank of America, NA,    c/o Dean R. Prober, Esq.,    Prober & Raphael,
              20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
514924759   +Bby/Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
514924760  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
514924761    Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
515395276   +Capital One, NA,    P.O Box 21887,    Eagan, MI 55121-0887
515111681   +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
514924763    Dr. Faraneh Vargha,    27 Hampstead Hill Gardens,    London NW3, UK
515145729    Dr. Faraneh Vargha-Khadem,    27 Hampstead Hill Gardens,    London NW3 2PJ, UK
514924765   +First National Bank of Omaha,    P.O. Box 2557,    Omaha, NE 68103-2557
514933019   +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
514924766   +My Best Buy,    P.O. Box 790441,    Saint Louis, MO 63179-0441
514924767    Nadja Schmeil,    3049 Jenn Avenue,    Burlington On. L7M0C8 Canada
514924768    PSE&G,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
514924769   +Sandra Schmeil,    88 Meserole Avenue, Apt. B,    Brooklyn, NY 11222-2673
514924770   +Silvia Doranth,    415 Tree Top Lane,    Waynesville, NC 28785-9698
514924771    Verizon,    P.O. Box 920041,    Dallas, TX 75392-0041
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 19 2017 23:28:56      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 19 2017 23:28:53      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
515040346    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 19 2017 23:30:19
              American InfoSource LP as agent for,    Verizon,    PO Box 248838,
              Oklahoma City, OK  73124-8838
514924762   +E-mail/Text: mrdiscen@discover.com Jan 19 2017 23:28:06      Discover,    P.O. Box 71084,
              Charlotte, NC 28272-1084
514937159    E-mail/Text: mrdiscen@discover.com Jan 19 2017 23:28:06      Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
515030858    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 19 2017 23:30:10
              Portfolio Recovery Assoc,    140 Corporate Blvd.,    Norfolk, VA 23502
515070718   +E-mail/Text: bankruptcy@pseg.com Jan 19 2017 23:28:00      PSE&G,    PO Box 490,
              Cranford NJ 07016-0490,    Attn: Bankruptcy Dept
516406953   +E-mail/Text: bnc-quantum@quantum3group.com Jan 19 2017 23:28:40
              Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788,
              Quantum3 Group LLC as agent for,    MOMA Funding LLC 98083-0788
516406952    E-mail/Text: bnc-quantum@quantum3group.com Jan 19 2017 23:28:40
              Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 9
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
514924764   ##+Elshe Schmeil,    19 Garnet Lane,    Princeton Junction, NJ 08550-5219
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Jan 19, 2017
                              Form ID: 185             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2017 at the address(es) listed below:
          Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
          Andrew M. Lubin    on behalf of Creditor    Capital One, N.A. bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Denise E. Carlon     on behalf of Creditor    Capital One, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John M. Sommers     on behalf of Creditor    BANK OF AMERICA, N.A. JMSommers@KTLBSLAW.com,
           ktlbslaw@aol.com
          Joshua I. Goldman    on behalf of Creditor    Capital One, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Warren S. Jones, Jr.    on behalf of Creditor    BANK OF AMERICA, N.A. wsjonesesq@verizon.net,
           bestcasewsj@gmail.com
          William H. Oliver, Jr.    on behalf of Debtor Klaus   Schmeil bkwoliver@aol.com
                                                                                             TOTAL: 10
```