Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re: Klaus Schmeil

Case No.: 14-24721

Judge: _____

Chapter: 13

Debtor(s)

`"3rd Modified Plan"`

## Chapter 13 Plan and Motions

- ☐ Original
- ☐ Modified/Notice Required
- ☒ Discharge Sought
- ☐ Motions Included
- ☒ Modified/No Notice Required
- ☐ No Discharge Sought

Date: January 18, 2017

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor.  This document is the actual Plan proposed by the Debtor to adjust debts.  You should read these papers carefully and discuss them with your attorney.  Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice.  **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1:    Payment and Length of Plan

a. The debtor shall pay $ 100.00 per month to the Chapter 13 Trustee, starting on February 1, 2017 for approximately 6 months.

b. The debtor shall make plan payments to the Trustee from the following sources:

- ☒ Future earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

1

    c. Use of real property to satisfy plan obligations:

      ☐ Sale of real property
      Description:

      Proposed date for completion: _____

      ☐ Refinance of real property:
      Description:
      Proposed date for completion: _____

      ☐ Loan modification with respect to mortgage encumbering property:
      Description:
      Proposed date for completion: _____

    d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection**

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| William H. Oliver Jr. | Administrative Expenses | $ |

**Part 4:    Secured Claims**

    **a. Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

3

**d. Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:

Bank of America 1st and 2nd mortgage - wife's home in Lake Placid regular monthly payment to be paid outside of chapter 13 plan.

**e. Secured Claims to be Paid in Full Through the Plan**:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5: Unsecured Claims

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
|  |  |  |

**Part 7:    Motions**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    **a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

    **b.  Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
|  |  |  |

    **c.  Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

**Part 8:  Other Plan Provisions**

**a. Vesting of Property of the Estate**
    ☒  Upon confirmation
    ☐  Upon discharge

**b.  Payment Notices**
    Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c.  Order of Distribution**
    The Trustee shall pay allowed claims in the following order:
    1) Trustee commissions
    2)  Other Administrative Claims - William H. Oliver Jr.
    3)  Secured  Claims
    4)  Lease Arrearages
    5) Priority Claims    6) General Unsecured Claims

**d. Post-Petition Claims**
    The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:   Modification**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: September 4, 2014             .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Plan is being modified as per order as loan modification for wife's home in Lake Placid were obtained.  Regular monthly payments to be made outside of the chapter 13 plan as per loan modification agreement. | Part 1a changed to $100 per month for remaining 6 months of the chapter 13 plan.<br><br>Part 4d - Bank of America 1st and 2nd mortgages - regular monthly payments to be made outside of the chapter 13 plan as per loan modification agreements. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒  Yes    ☐  No

**Part 10:** **Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: January 18, 2017                                    /s/William H. Oliver Jr.
                                                                              Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: January 18, 2017                                    /s/Klaus Schmeil
                                                                              Debtor

Date: _____                    _____
                                                                              Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Klaus Schmeil  
    Debtor

Case No. 14-24721-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Jan 19, 2017  
                Form ID: pdf901    Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2017.

```
db            +Klaus Schmeil,    30 Liberty HIll Lane,    Lake Placid, NY 12946-3703
cr            +BANK OF AMERICA, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                Mt. Laurel, NJ 08054-3437
r             +Century 21 Abrams Hutchinson Associates,    64 Princeton Heightstown Road,
                Princeton Junction, NJ 08550-1103
r             +Coldwell Banker,    50 Princeton-Hightstown Road,    Princeton Junction, NJ 08550-1107
515043996      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
514924757     +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
514924758     +Bank of America Legal Processing,    DE5-024-02-08,    PO 15047,    Wilmington, DE 19850-5047
515052684     +Bank of America, N.A.,    Bankruptcy Department,    P.O. Box 26012, NC4-105-02-99,
                Greensboro, NC 27420-6012
515122148     +Bank of America, N.A.,    Attn: Bankrutpcy Dept.,    Mail Stop CA6-919-01-23,    400 National Way,
                Simi Valley, CA 93065-6414
515031854     +Bank of America, NA,    PO Box 15222,    Wilmington, DE 19886-5222
515123213     +Bank of America, NA,    c/o Dean R. Prober, Esq.,    Prober & Raphael,
                20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
514924759     +Bby/Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
514924760    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
514924761      Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
515395276     +Capital One, NA,    P.O Box 21887,    Eagan, MI 55121-0887
515111681     +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
514924763      Dr. Faraneh Vargha,    27 Hampstead Hill Gardens,    London NW3, UK
515145729      Dr. Faraneh Vargha-Khadem,    27 Hampstead Hill Gardens,    London NW3 2PJ, UK
514924765     +First National Bank of Omaha,    P.O. Box 2557,    Omaha, NE 68103-2557
514933019     +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
514924766     +My Best Buy,    P.O. Box 790441,    Saint Louis, MO 63179-0441
514924767      Nadja Schmeil,    3049 Jenn Avenue,    Burlington On. L7M0C8 Canada
514924768      PSE&G,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
514924769     +Sandra Schmeil,    88 Meserole Avenue, Apt. B,    Brooklyn, NY 11222-2673
514924770     +Silvia Doranth,    415 Tree Top Lane,    Waynesville, NC 28785-9698
514924771      Verizon,    P.O. Box 920041,    Dallas, TX 75392-0041
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 19 2017 23:28:56    U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 19 2017 23:28:53    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
515040346      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 19 2017 23:29:54
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK 73124-8838
514924762     +E-mail/Text: mrdiscen@discover.com Jan 19 2017 23:28:06    Discover,    P.O. Box 71084,
                Charlotte, NC 28272-1084
514937159      E-mail/Text: mrdiscen@discover.com Jan 19 2017 23:28:06    Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
515030858      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 19 2017 23:30:20
                Portfolio Recovery Assoc,    140 Corporate Blvd.,    Norfolk, VA 23502
515070718     +E-mail/Text: bankruptcy@pseg.com Jan 19 2017 23:28:00    PSE&G,    PO Box 490,
                Cranford NJ 07016-0490,    Attn: Bankruptcy Dept
516406953     +E-mail/Text: bnc-quantum@quantum3group.com Jan 19 2017 23:28:39
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788,
                Quantum3 Group LLC as agent for,    MOMA Funding LLC 98083-0788
516406952      E-mail/Text: bnc-quantum@quantum3group.com Jan 19 2017 23:28:39
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 9
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
514924764    ##+Elshe Schmeil,    19 Garnet Lane,    Princeton Junction, NJ 08550-5219
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Jan 19, 2017
                               Form ID: pdf901          Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2017 at the address(es) listed below:
          Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
          Andrew M. Lubin    on behalf of Creditor    Capital One, N.A. bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Denise E. Carlon    on behalf of Creditor    Capital One, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John M. Sommers    on behalf of Creditor    BANK OF AMERICA, N.A. JMSommers@KTLBSLAW.com,
           ktlbslaw@aol.com
          Joshua I. Goldman    on behalf of Creditor    Capital One, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Warren S. Jones, Jr.    on behalf of Creditor    BANK OF AMERICA, N.A. wsjonesesq@verizon.net,
           bestcasewsj@gmail.com
          William H. Oliver, Jr.    on behalf of Debtor Klaus   Schmeil bkwoliver@aol.com
                                                                                             TOTAL: 10
```