| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>WILLIAM H. OLIVER, JR.<br>2240 Highway 33<br>Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>WO-7129 | Order Filed on February 16, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Klaus Schmeil,<br><br>                    Debtor | Case No.:  14-24721<br><br>Adv. No:<br><br>Hearing Date:  02/15/2017 @ 9:00 A.M.<br><br>Chapter: 13<br><br>Judge:   Christine M. Gravelle |

**ORDER TO EXPUNGE PROOF OF CLAIM #10 FILED BY BANK OF AMERICA.**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: February 16, 2017**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:    Klaus Schmeil
Case No.    14-24721(CMG)
Caption of Order:
ORDER TO EXPUNGE PROOF OF CLAIM #10 FILED BY BANK OF AMERICA
Page 2

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtor for an Order to Expunge Proof of Claim #10 filed by Bank of America and the Court having considered the papers submitted and any objections, and for good cause appearing,

**O R  D E R E D** that Proof of Claim #10 filed by Bank of America shall be and is hereby expunged; and it is

**FURTHER O R D E R E D** that a copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within _____ days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-24721-CMG
Klaus Schmeil                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Feb 17, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2017.
db          +Klaus Schmeil,   30 Liberty HIll Lane,   Lake Placid, NY 12946-3703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2017 at the address(es) listed below:
    Albert   Russo    docs@russotrustee.com
    Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
    Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
    Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
    Andrew M. Lubin    on behalf of Creditor   Capital One, N.A. bkecf@milsteadlaw.com,
     alubin@milsteadlaw.com
    Denise E. Carlon    on behalf of Creditor   Capital One, N.A. dcarlon@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    John M. Sommers    on behalf of Creditor    BANK OF AMERICA, N.A. JMSommers@KTLBSLAW.com,
     ktlbslaw@aol.com
    Joshua I. Goldman    on behalf of Creditor   Capital One, N.A. jgoldman@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    Warren S. Jones, Jr.    on behalf of Creditor    BANK OF AMERICA, N.A. wsjonesesq@verizon.net,
     bestcasewsj@gmail.com
    William H. Oliver, Jr.    on behalf of Debtor Klaus  Schmeil bkwoliver@aol.com
                                                                                                 TOTAL: 10