Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  14–24721–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Klaus Schmeil
30 Liberty HIll Lane
Lake Placid, NY 12946

Social Security No.:
xxx–xx–1565

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:        9/20/17
Time:        12:00 PM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
William H. Oliver, Jr., Attorney

COMMISSION OR FEES
$1,350.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: August 17, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-24721-CMG
Klaus Schmeil                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Aug 17, 2017
                             Form ID: 137          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2017.
```
db              +Klaus Schmeil,   30 Liberty HIll Lane,   Lake Placid, NY 12946-3703
cr              +BANK OF AMERICA, N.A.,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
                  Mt. Laurel, NJ 08054-3437
r               +Century 21 Abrams Hutchinson Associates,   64 Princeton Heightstown Road,
                  Princeton Junction, NJ 08550-1103
r               +Coldwell Banker,   50 Princeton-Hightstown Road,   Princeton Junction, NJ 08550-1107
515043996        American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
514924757       +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
514924758       +Bank of America Legal Processing,   DE5-024-02-08,   PO 15047,   Wilmington, DE 19850-5047
515052684       #+Bank of America, N.A.,   Bankruptcy Department,   P.O. Box 26012, NC4-105-02-99,
                  Greensboro, NC 27420-6012
515122148       +Bank of America, N.A.,   Attn: Bankrutpcy Dept.,   Mail Stop CA6-919-01-23,   400 National Way,
                  Simi Valley, CA 93065-6414
515031854       +Bank of America, NA,   PO Box 15222,   Wilmington, DE 19886-5222
515123213       +Bank of America, NA,   c/o Dean R. Prober, Esq.,   Prober & Raphael,
                  20750 Ventura Boulevard, Suite 100,   Woodland Hills, CA 91364-6207
514924759       +Bby/Cbna,   50 Northwest Point Road,   Elk Grove Village, IL 60007-1032
514924760      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
514924761        Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
515395276       +Capital One, NA,   P.O Box 21887,   Eagan, MI 55121-0887
515111681       +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
514924763        Dr. Faraneh Vargha,   27 Hampstead Hill Gardens,   London NW3, UK
515145729        Dr. Faraneh Vargha-Khadem,   27 Hampstead Hill Gardens,   London NW3 2PJ, UK
514924765       +First National Bank of Omaha,   P.O. Box 2557,   Omaha, NE 68103-2557
514933019       +First National Bank of Omaha,   1620 Dodge St., Stop Code 3105,   Omaha, NE 68197-0002
514924766       +My Best Buy,   P.O. Box 790441,   Saint Louis, MO 63179-0441
514924767        Nadja Schmeil,   3049 Jenn Avenue,   Burlington On. L7M0C8 Canada
514924768        PSE&G,   P.O. Box 14444,   New Brunswick, NJ 08906-4444
514924769       +Sandra Schmeil,   88 Meserole Avenue, Apt. B,   Brooklyn, NY 11222-2673
514924770       +Silvia Doranth,   415 Tree Top Lane,   Waynesville, NC 28785-9698
514924771        Verizon,   P.O. Box 920041,   Dallas, TX 75392-0041
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 17 2017 23:08:41     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 17 2017 23:08:38     United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
515040346        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 17 2017 23:10:12
                  American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                  Oklahoma City, OK  73124-8838
514924762       +E-mail/Text: mrdiscen@discover.com Aug 17 2017 23:07:52     Discover,   P.O. Box 71084,
                  Charlotte, NC 28272-1084
514937159        E-mail/Text: mrdiscen@discover.com Aug 17 2017 23:07:52     Discover Bank,
                  DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
515030858        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2017 23:10:11
                  Portfolio Recovery Assoc,   140 Corporate Blvd.,   Norfolk, VA 23502
515070718       +E-mail/Text: bankruptcy@pseg.com Aug 17 2017 23:07:49     PSE&G,   PO Box 490,
                  Cranford NJ 07016-0490,   Attn: Bankruptcy Dept
516406953       +E-mail/Text: bnc-quantum@quantum3group.com Aug 17 2017 23:08:29
                  Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788,
                  Quantum3 Group LLC as agent for,   MOMA Funding LLC 98083-0788
516406952        E-mail/Text: bnc-quantum@quantum3group.com Aug 17 2017 23:08:29
                  Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                        TOTAL: 9
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514924764    ##+Elshe Schmeil,   19 Garnet Lane,   Princeton Junction, NJ 08550-5219
                                                                     TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-3          User: admin            Page 2 of 2            Date Rcvd: Aug 17, 2017
                              Form ID: 137            Total Noticed: 35
```

                    ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2017 at the address(es) listed below:

```
         Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
         Albert  Russo    docs@russotrustee.com
         Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
         Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
         Andrew M. Lubin    on behalf of Creditor    Capital One, N.A. bkecf@milsteadlaw.com,
          alubin@milsteadlaw.com
         Denise E. Carlon    on behalf of Creditor    Capital One, N.A. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         John M. Sommers    on behalf of Creditor    BANK OF AMERICA, N.A. JMSommers@KTLBSLAW.com,
          ktlbslaw@aol.com
         Joshua I. Goldman    on behalf of Creditor    Capital One, N.A. jgoldman@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Warren S. Jones, Jr.    on behalf of Creditor    BANK OF AMERICA, N.A. email@warrensjones.com,
          bestcasewsj@gmail.com;r46134@notify.bestcase.com
         William H. Oliver, Jr.    on behalf of Debtor Klaus  Schmeil bkwoliver@aol.com,
          r59915@notify.bestcase.com
                                                                            TOTAL: 10
```