**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

William H. Oliver, Jr., Esq.
Brandywine Commons
2240 State Highway 33, Suite 112
Neptune, NJ  07753

**Order Filed on August 17, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

KLAUS SCHMEIL,

Debtor

Case No.: 14-24721

Judge: CMG

Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER AUTHORIZING RETENTION OF William H. Oliver, Jr.

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: August 17, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re:  Klaus Schmeil

Case No.:  14-24721

Applicant:  Klaus Schmeil

(check all that apply)  ☐ Trustee:  ☐ Chap. 7  ☐ Chap. 11  ☐ Chap. 13.

☑ Debtor:  ☐ Chap. 11  ☑ Chap. 13

☐ Official Committee of _____

Name of Professional:  William H. Oliver, Jr., Esq.

Address of Professional:  2240 Highway 33, Suite 112

Neptune, NJ 07753

☑ Attorney for (check all that apply):
  ☐ Trustee  ☑ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Accountant for:
  ☐ Trustee  ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Other Professional:
  ☐ Realtor  ☐ Appraiser  ☐ Special Counsel  ☐ Auctioneer
  ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 14-24721-CMG
Klaus Schmeil                                                                  Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1            Date Rcvd: Aug 17, 2017
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2017.
db           +Klaus Schmeil,    30 Liberty HIll Lane,   Lake Placid, NY 12946-3703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Andrew L. Spivack     on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Andrew M. Lubin    on behalf of Creditor    Capital One, N.A. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    Capital One, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John M. Sommers    on behalf of Creditor    BANK OF AMERICA, N.A. JMSommers@KTLBSLAW.com,
               ktlbslaw@aol.com
              Joshua I. Goldman    on behalf of Creditor    Capital One, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Warren S. Jones, Jr.    on behalf of Creditor    BANK OF AMERICA, N.A. email@warrensjones.com,
               bestcasewsj@gmail.com;r46134@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Debtor Klaus  Schmeil bkwoliver@aol.com,
               r59915@notify.bestcase.com
                                                                                               TOTAL: 10