UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on September 22, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Debtor

 Klaus Schmeil

Case No.: 14-24721-CMG

Hearing date:

Judge:   Hon. Christine M. Gravelle, U.S.B.J.

### O R D E R APPROVING LOAN MODIFICATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 22, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been brought to the Court on the motion of __James Patrick Shay__
on behalf of __BANK OF AMERICA, N.A__ seeking an Order Authorizing Entry of a _Final_ Loan
Modification Agreement concerning a mortgage on real property referenced on the loan
modification attached to movant's motion, and the Court having considered the submissions; and
parties having been given timely notice; and for good cause shown:

1. IT IS ORDERED Debtor is granted approval to enter into a final loan modification.

2. IT IS ORDERED If pre-petition arrears are capitalized into the loan modification, secured
   creditor shall amend its Proof of Claim within thirty (30) days of the date of this Order.
   Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being
   reserved pursuant to this order to other creditors in accordance with the provisions of the
   confirmed plan.

3. IT IS ORDERED  If post-petition arrears are capitalized into the loan modification, secured
   creditor shall file an amended post-petition order within thirty (30) days of the date of this
   Order. Upon receipt of an amended post-petition order, the Trustee may disburse the funds
   being reserved pursuant to this order to other creditors in accordance with the provisions of
   the confirmed plan.

4. IT IS FURTHER ORDERED  Debtors shall file an amended Schedule J and Modified Plan
   within twenty (20) days of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-24721-CMG
Klaus Schmeil                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 1            Date Rcvd: Sep 22, 2017
                               Form ID: pdf903         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2017.
db             +Klaus Schmeil,    30 Liberty HIll Lane,    Lake Placid, NY 12946-3703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2017 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
          Andrew M. Lubin    on behalf of Creditor   Capital One, N.A. bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Denise E. Carlon    on behalf of Creditor   Capital One, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          James Patrick Shay    on behalf of Creditor   BANK OF AMERICA, N.A. james.shay@phelanhallinan.com
          John M. Sommers    on behalf of Creditor   BANK OF AMERICA, N.A. JMSommers@KTLBSLAW.com,
           ktlbslaw@aol.com
          Joshua I. Goldman    on behalf of Creditor   Capital One, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Warren S. Jones, Jr.    on behalf of Creditor   BANK OF AMERICA, N.A. email@warrensjones.com,
           bestcasewsj@gmail.com;r46134@notify.bestcase.com
          William H. Oliver, Jr.    on behalf of Debtor Klaus  Schmeil bkwoliver@aol.com,
           r59915@notify.bestcase.com
                                                                              TOTAL: 11