| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>WILLIAM H. OLIVER, JR.<br>2240 Highway 33<br>Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>WO-7129 | Order Filed on November 17, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>KLAUS SCHMEIL,<br>                    Debtor | Case No.: 14-24721<br><br>Adv. No: n/a<br><br>Hearing Date: n/a<br><br>Chapter: 13<br><br>Oral Argument Requested if Objection Filed<br><br>Judge: Christine M. Gravelle |

## ORDER VACATING ORDER

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 17, 2017**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

**THE ORDER** entered on August 17, 2017 as Docket No. 109, titled Order Granting Application for Retention of Professional, was entered incorrectly due to the error in filing the original Application for Retention of Professional.

**THEREFORE,**

Said **ORDER** is hereby **VACATED.**