UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

William H. Oliver, Jr., Esq.
Brandywine Commons
2240 State Highway 33, Suite 112
Neptune, NJ  07753

Order Filed on November 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KLAUS SCHMEIL,

Debtor

Case No.: 14-24721

Judge: CMG

Chapter: 13

Recommended Local Form:   ☒ Followed    ☐ Modified

# ORDER AUTHORIZING
## RETENTION OF  Felsenfeld & Clopton

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: November 20, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re:     <u>Klaus Schmeil</u>

Case No.:     <u>14-24721</u>

Applicant:     <u>Klaus Schmeil</u>

(check all that apply) ☐ Trustee:    ☐ Chap. 7     ☐ Chap. 11     ☐ Chap. 13.

☑ Debtor:    ☐ Chap. 11     ☑ Chap. 13

☐ Official Committee of _____

Name of Professional:     <u>Felsenfeld & Clopton</u>

Address of Professional:     <u>1 Nami Lane, Suite 5</u>

<u>Mercerville, NJ 08619</u>

☑ Attorney for (check all that apply):
- ☐ Trustee    ☑ Debtor-in-Possession
- ☐ Official Committee of _____

☐ Accountant for:
- ☐ Trustee    ☐ Debtor-in-Possession
- ☐ Official Committee of _____

☐ Other Professional:
- ☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer
- ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*