**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

William H. Oliver, Jr., Esq.
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ  07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

**Order Filed on January 25, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

KLAUS SCHMEIL,

Debtor

| | |
|---|---|
| Case No.: | 14-24721 |
| Chapter: | 13 |
| Hearing Date: | 1/17/18 @ 12:00 pm |
| Judge: | CMG |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: January 25, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Felsenfeld & Clopton_____, the applicant, is allowed a fee of $ _____1,350_____ for services rendered and expenses in the amount of $_____n/a_____ for a total of $_____1,350_____ . The allowance shall be payable:

❏  through the Chapter 13 plan as an administrative priority.

☑  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-24721-CMG
Klaus Schmeil                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1          Date Rcvd: Jan 25, 2018
                          Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2018.
db             +Klaus Schmeil,    30 Liberty HIll Lane,    Lake Placid, NY 12946-3703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2018 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
      Andrew M. Lubin    on behalf of Creditor    Capital One, N.A. bkecf@milsteadlaw.com,
       alubin@milsteadlaw.com
      Denise E. Carlon    on behalf of Creditor    Capital One, N.A. dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      James Patrick Shay    on behalf of Creditor    BANK OF AMERICA, N.A. james.shay@phelanhallinan.com
      John M. Sommers    on behalf of Creditor    BANK OF AMERICA, N.A. JMSommers@KTLBSLAW.com,
       ktlbslaw@aol.com
      Joshua I. Goldman    on behalf of Creditor    Capital One, N.A. jgoldman@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Sherri J. Braunstein    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com,
       nj.bkecf@fedphe.com
      Warren S. Jones, Jr.    on behalf of Creditor    BANK OF AMERICA, N.A. email@warrensjones.com,
       bestcasewsj@gmail.com;r46134@notify.bestcase.com
      William H. Oliver, Jr.    on behalf of Debtor Klaus   Schmeil bkwoliver@aol.com,
       R59915@notify.bestcase.com
                                                                                      TOTAL: 12